■ LENA CASBARA, Respondent, v. REBA ESPOSITO, as Executrix of MICHAEL ESPOSITO, Deceased, Appellant.— Judgment and orders affirmed, with costs. All concur. (Appeal from a judgment of Oneida Trial Term for plaintiff in an action for damages for personal injuries alleged to have been sustained by reason of malpractice by a dentist. The orders denied (1) motion for a nonsuit and (2) motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSHAWAY JACKSON, Appellant.— Order affirmed. All concur. (Appeal from an order of Monroe County Court denying defendant's application to set aside a judgment rendered against him December 16, 1954.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT J. RAHSTORFER, alias ALVIN RHOME, alias ARTHUR FROST, Appellant.— Order affirmed. All concur. (Appeal from an order of Onondaga County Court denying a motion by defendant to vacate a judgment convicting him of grand larceny, second degree.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ BERT F. VAN HOUTEN, Appellant, v. WILLIAM FLANAGAN, Doing Business as RIP VAN DAM HOTEL, Respondent, et al., Defendant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: In our opinion questions of fact were presented which should have been submitted to a jury. All concur, except Williams, J., who dissents and votes for affirmance. (Appeal from judgment of Seneca Trial Term dismissing the complaint on motion by defendant Flanagan at the close of plaintiff's case, in a negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ BERT F. VAN HOUTEN, Appellant, v. WILLIAM FLANAGAN, Doing Business as RIP VAN DAM HOTEL, Defendant, and 36TH ANNUAL ENCAMPMENT DEPT. OF N. Y. V. F. W. OF U. S. INC., Sued herein as THIRTY SIXTH ANNUAL ENCAMPMENT CORPORATION, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Seneca Trial Term dismissing plaintiff's complaint on the merits, on motion by defendant 36th Annual Encampment V. F. W., made at the close of all of the evidence.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PAUL A. BROWN, Appellant, v. ERNEST G. LUND, Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of evidence. All concur. (Appeal from a judgment of Erie Trial Term for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ELLA BEUERMAN, Respondent, v. MILDRED BECKER et al., Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ VIDA AXTELL, Respondent, v. JOSEPH E. PLESSINGER et al., Appellants. ELLEN AXTELL, Respondent, v. JOSEPH E. PLESSINGER et al., Appellants.— Appeal of Riggs Dairy Express, Inc., dismissed for failure to comply with previous order, without costs.